IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARLON LEIVA-ORELLANA,<br><br>Defendant. | **8:26CR6**<br><br>**FINAL ORDER**<br>**OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 36). The Court has carefully reviewed the record in this case and finds as follows:

1. On March 27, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 32) forfeiting defendant Marlon Leiva-Orellana's interest in a "any firearm and any ammunition" including a Walther pistol, model WMP, .22 magnum caliber, with serial number WT018716.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on March 31, 2026, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on June 15, 2026 (Filing No. 35).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.      The government's Motion for Final Order of Forfeiture (Filing No. 36) is granted.

2.      All right, title and interest in and to the Walther pistol, model WMP, .22 magnum caliber, with serial number WT018716, held by any person or entity are forever barred and foreclosed.

3.      The Walther pistol, model WMP, .22 magnum caliber, with serial number WT018716 is forfeited to the government.

4.      The government is directed to dispose of the Walther pistol, model WMP, .22 magnum caliber, with serial number WT018716 in accordance with law.

Dated this 2nd day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge